**Order entered October 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00929-CV

### IN RE STANISLAV BILDER, Relator

**Original Proceeding from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-51319-2019**

### ORDER

Before the Court is relator's October 18, 2022 motion for a twenty-day extension of his deadline to file the hearing transcript. We **GRANT** the motion to the extent that we **EXTEND** the deadline for relator to file the transcript of the contempt hearing to **November 3, 2022**.

/s/    DENNISE GARCIA
         JUSTICE